AO 440 (Rev. 03/08) Civil Summons

E-filing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

ADR

Jeanne Tapis
Plaintiff
v.
Newark Fremont Unified School Dist
Defendant

Civil Action No. 08 CV 3108 WDB

2 CV

## Summons in a Civil Action

To: Newark Unified School District
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John N. Kitta & Associates
39560 Stevenson Place
Fremont CA 94536
510.790.7997

Charles G. Williams
Attorney at Law
4910 Seneca Park Loop
Fremont CA 94538   510 512 8995

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUN 2 6 2008

CYNTHIA LENAHAN
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)