NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE TAPIA<br><br>　　　　　Plaintiff,<br>v.<br><br>NEWARK UNIFIED SCHOOL DISTRICT<br><br>　　　　　Defendant.<br>_____/ | NO: CV 08-03108 WDB<br><br>**ORDER REGARDING FAILURE TO E-FILE DOCKET NO. 1.** |

　　　This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. Our docket reflects that the Complaint, docket #1, was not filed electronically.

　　　IT IS HEREBY ORDERED that counsel for Plaintiff e-mail the above mentioned document to the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

　　　Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

　　　General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."

Dated: 8/14/08

_____
United States Magistrate Judge